RICHARD E. DeBOER, Plaintiff-Appellee, *v.* PETER A. DeBOER, d/b/a TOWNE & COUNTRY REAL ESTATE, Defendant-Appellant.

(No. 73-158;

Second District—December 17, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

222

No appearance for appellant.

John R. Rogers, of Elgin, for appellee.